UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CIVIL ACTION NO. 07-90-GWU

STEVE NIECE,                                                                                       PLAINTIFF,

VS.                                        **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                        DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58, and pursuant to Sentence Four of 42 U.S.C. Section 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)   the administrative decision is AFFIRMED; and

(2)   the above-styled action is STRICKEN from this Court's active docket.

This the 29th day of February, 2008.



Signed By:

*G. Wix Unthank*

**United States Senior Judge**